[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12751

_____

D.C. Docket No. 1:04-cv-21448-ASG

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA,
a federally-recognized Indian Tribe,
FRIENDS OF THE EVERGLADES,

Plaintiffs-Appellees,

versus

UNITED STATES OF AMERICA,
U.S. ENVIRONMENTAL PROTECTION AGENCY,
REGIONAL ADMINISTRATOR,
EPA, Region IV, Lisa Jackson,
ACTING ADMINISTRATOR,
Stanley Meigurg/EPA,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 20, 2012)

Before HULL and FAY, Circuit Judges, and WHITTEMORE,[*] District Judge.

PER CURIAM:

After review and oral argument, we conclude that the Defendants-Appellants have not shown reversible error in the District Court's thorough and well-reasoned order, dated April 14, 2010, granting the Plaintiffs-Appellees' motion for attorneys' fees and also adopting the Magistrate Judge's thorough and well-reasoned report and recommendation, dated March 15, 2010, regarding those attorneys' fees.

**AFFIRMED.**

---

[*]Honorable James D. Whittemore, United States District Judge, Middle District of Florida, sitting by designation.